# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KIMBERLY A. MAXSON, | ) |
| Plaintiff, | ) Case No.: 2:14-cv-01724-GMN-PAL |
| vs. | ) |
| | ) **ORDER** |
| ESTHER C. RODRIGUEZ, ET AL. | ) |
| Defendants. | ) |

On October 20, 2014, the Court issued a Minute Order ordering Plaintiff to show cause as to why the Court should not dismiss this action for failure to satisfy the jurisdictional requirements set forth in 28 U.S.C. § 1331, warning Plaintiff that failure to comply with said Order by November 12, 2014, would result in dismissal of the case. (ECF No. 3.) That deadline has now elapsed, and Plaintiff has not complied with this Court's Order.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Complaint is dismissed with prejudice. The Clerk of Court is directed to close the case.

**DATED** this 19th day of November 2014.

_____
Gloria M. Navarro, Chief Judge
United States District Court